UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JAMEAL THOMAS #309330

Plaintiff,

No. 2:07-CV-13396

v

HON. PATRICK J. DUGGAN
MAG. STEVEN D. PEPE

JOHN S. RUBITSCHUN, BARBARA S. SAMPSON, JAMES QUINLAN, MIGUEL BERRIOS, JAMES ATTERBERRY,

Defendants.

---

Jameal Thomas #309330
Plaintiff *in pro per*
Hiawatha Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, Michigan 49786-0001

---

Charles C. Schettler, Jr. (P28884)
Assistant Attorney General
Attorney for Defendants
Michigan Department of Attorney General
Corrections Division
Post Office Box 30217
Lansing, Michigan 48909
517/335-7021

---

**EXHIBIT 1 – PART B**

Exhibit 1, Part B Certified Record for Jameal Thomas #309330 (pages 28-52)

Michigan Department of Corrections 483&101
# BASIC INFORMATION REPORT
1/1999 CFJ-101

| Court Name (Last, First, Middle) | MDOC No. | Local Police Dept. No. | Local Computer No. |
|---|---|---|---|
| THOMAS, JAMEAL | 309330 | 538925 | N/A |

| Alias/Maiden | Given Name |
|---|---|
| NONE | SAME |

| Place of Birth | Citizenship | Last Known Address & Telephone No. |
|---|---|---|
| MI | USA | 3318 BRENTWOOD<br>DETROIT, MI 48234<br>313-893-2776 |
| State & DLN MI T 520 366 005 528 | DOB 07/04/1972 | |
| SSN 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 / SID No. 1858202W | FBI No. 96443DB2 | |

| Race | Sex | Hair | Eyes | |
|---|---|---|---|---|
| BLACK | M | BLACK | BROWN | 1889.00 |

| Height | Weight | Highest Grade Completed | Occupation | Health Ins. | Assets-$1,500 & Up | Monthly Income of $75 & Up |
|---|---|---|---|---|---|---|
| 6'00" | 250 | 12 | FURNACE OPERATOR | No | No | No |

| Marital Status | Dependents | Religion | Military Branch | Military Dates | Discharge Type |
|---|---|---|---|---|---|
| SEPARATED | 0 | NONE | NONE | N/A | N/A |

| Marks, Scars, Amputations, Tattoos | Drug Abuse | Alcohol Abuse | Known Homosexual | Mental Health Treatment |
|---|---|---|---|---|
| NONE | No | No | No | No |

## CRIMINAL HISTORY

| Juvenile | | | Adult | | | |
|---|---|---|---|---|---|---|
| Comm. | Prob. | Esc. | Jail | Pris. | Prob. | Esc. |
| 1 | 0 | 0 | 0 | 1 | 2 | 0 |

| Age of First Arrest | CSC Convictions | SAI Eligible |
|---|---|---|
| 15 | 0 | No |

| Pending Charges in Court | No. of Prior Felony Convictions |
|---|---|
| Yes | 11 |

Status at Time of Offense

| | | | |
|---|---|---|---|
| | None | | Delayed Sentence |
| | HYTA | | Parole |
| X | Probation | | Jail |
| | District Probation | | State Prison |
| | | X | On Bond |

| Type of Report | County | Agent & Caseload No. | |
|---|---|---|---|
| UPDATE | WAYNE | WOODSON D - 1926 | |
| | DOC Recommended Disposition 4 | Probation Violation New Sentence Yes | Probation Violation Technical No |

## CURRENT OFFENSE

NO. 1 OF 1 Docket No. 00-7047 Last Name THOMAS

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| 750227BA | WEAPONS - FELONY FIREARMS | 2 | No | No | No |

| Victim/Relationship | Codefendant(s) |
|---|---|
| SHAWN MOORE (ACQUAINTED) | NONE |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| Q3 | ULYSSES W BOYKIN | DAVID CRIPPS | APPOINTED |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| JURY | 04/01/2000 | 04/03/2000 | NONE | 08/28/2001 | 11 DAYS | No |

## DISPOSITION

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | 09/11/2000 | 82-00-208110-01 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

Sentencing Guidelines

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| | | X | | |

Comments: CHARGES UNDER SENTENCE: 1) CONDUCTING CRIMINAL ENTERPRISE, 2) FINANCIAL DEVICE - POSSESSION/USE FRAUDULENT TRANSACTION DEVICE (7 COUNTS), AND 3) SALE/USE CREDIT CARD UNLAWFULLY OBTAINED (2 COUNTS)

09/07/2001 28

Approved, SCAO

White - Court
Blue - Corrections
Green - Corrections (for return)
Canary - State Police
Pink - Defendant
Goldenrod - Prosecutor

| STATE OF MICHIGAN<br>THIRD JUDICIAL COURT<br>CRIMINAL DIVISION | JUDGMENT OF SENTENCE<br>COMMITMENT TO<br>CORRECTIONS DEPARTMENT | CASE NO.<br>00-007047 |
|---|---|---|

ORI MI- 1441 St. Antoine Court address Detroit, MI (313) 224-2275 Court telephone no.

Police Report No.

THE PEOPLE OF THE STATE OF MICHIGAN v

Defendant's name, address, and telephone no.
Jameal Thomas
18803 Gallagher
Detroit, MI

| CTN | SID DPD | DOB |
|---|---|---|
| 82-00208110-01 | 538925 | 07/04/72 |

Prosecuting attorney name | Bar no.

Defendant attorney name: David Cripps | Bar no.: P34972

**THE COURT FINDS:**

1. The defendant, represented by counsel, was found guilty on 08/28/01 (Date) of the crimes stated below:

*Plea: use "G" for guilty plea; "NC" for nolo contendere; "MI" for guilty but mentally ill.

| Count | CONVICTED BY Plea* | Court | Jury | CRIME | CHARGE CODE(S) MCL citation/PACC Code |
|---|---|---|---|---|---|
| 1 | | | G | FELONY FIREARM | 750.227B-A |
| | | | | | |
| | | | | | |

☐ 2. The conviction is reportable to the Secretary of State under MCL 257.732 or MCL 281.1040.
The defendant's driver license number is: ______

☐ 3. HIV testing was ordered on ______ (Date). Confidential test results are on file.

**IT IS ORDERED:**

4. Defendant is sentenced to custody of Michigan Department of Corrections. This sentence shall be executed immediately.

| Count | SENTENCE DATE | MINIMUM Years | Mos. | Days | MAXIMUM Years | Mos. | DATE SENTENCE BEGINS | JAIL CREDIT Mos. | Days | OTHER INFORMATION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/11/01 | 02 | -- | -- | 02 | -- | 09/11/01 | -- | 385 | |
| | | | | | | | | | | |
| | | | | | | | | | | |

☐ Defendant shall pay restitution of $______. If a cash bond/bail was personally posted by the defendant, Payment toward restitution is to first be collected out of that bond/bail and allocated as specified under MCL 775.22.

☐ 5. Sentence(s) to be served consecutively/concurrently to:
☐ each other. ☐ Case Numbers: ______.

6. Defendant shall pay a $60.00 assessment for the Crime Victim Rights Fund.

7. Defendant shall pay a $150.00 assessment for forensic lab test.

☐ 8. Court recommendation: CONSEC. TO SENTENCE BEING PRESENTLY SERVED

September 11, 2001
Date

Ulysses W. Boykin
Judge ULYSSES W. BOYKIN P11082
Bar no.

Under MCL 769.16a the clerk of the court shall send a copy of this order to the Michigan State Police Central Records Division to create a criminal history record.

I certify that this is a correct and complete abstract from the original court records. The sheriff shall, without needless delay, deliver defendant to the Michigan Department of Corrections at a place designated by the department.

(SEAL)

Deputy court clerk

MCL 765.15(2); MSA 28.902(2), MCL 769.16a; MSA 28.1086(1), MCL 775.22; MSA 28.1259, MCL 780.766; MSA 28.1287(766)

219b (1/98) JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT MCR 6.427

Michigan Department of Corrections
4835-6145
Rev. 03/1999 CFJ-145

# PRESENTENCE INVESTIGATION REPORT

Honorable: **RUDY J. NICHOLS** County: **OAKLAND** Sentence Date: **04/07/2000**

Attorney: **LEONE** Status: **RETAINED**

Defendant: **JAMEAL THOMAS** Age: **27** D.O.B.: **07/04/1972**

Pending Charges:
**2 CTS CSC, FELONY FIREARM, KIDNAPPING**

Pending Where:
**WAYNE CTY. RECORDER'S COURT**

Plea Agreement: **N/A ONLY 1998 GUIDELINES**

## PRIOR RECORD

Convictions: # Felonies **1** # Misdemeanors: **1** Juvenile Record: **Yes**

Probation: Active **Yes** Former: **Yes** Pending Violations: **Yes**

Parole: Active **No** Former: **No** Pending Violations: **No**

Current Michigan Prisoner: **No** MDOC#: **309330**

Currently Under Sentence: Offense **1-CCW MV; 2-DOMESTIC VIOLENCE**

Sentence **1-3 YRS. PROBATION; 2-1 YR. PROBATION**

## PERSONAL HISTORY

Education: **12** Employed: **Yes** Where: **AMERICAN AXLE**

Psychiatric History: **No** Physical Handicaps: **No** Marital Status: **SEPARATED**

Substance Abuse: Drugs **Yes** How long: **1 YR** Alcohol Abuse: **No** How long: **N/A**

PA511 ELIGIBLE : **No**

Investigating Agent: **WILSON, SHEILA** Agent Phone: **655-1142** Caseload No.: **324**

## DEPARTMENT OF CORRECTIONS RECOMMENDATION

PRISON ; JAIL CREDIT = 51 DAYS (4-5-99 TO 5-21-99)

Approval: [signature] Date: 4-3-2000

Supervisor: **DANIEL FREDERICKS** Supervisor Phone: **655-1137**

Local Computer #: N/A
63000005622
04/03/2000

Michigan Department of Corrections 4835-6145
Rev. 03/1999 CFJ-145

# PRESENTENCE INVESTIGATION REPORT

Honorable: **RUDY J. NICHOLS** County: **OAKLAND** Sentence Date: **04/07/2000**

Attorney: **LEONE** Status: **RETAINED**

Defendant: **JAMEAL THOMAS** Age: **27** D.O.B.: **07/04/1972**

---

## CURRENT CONVICTION(S)

| Docket # | Final Charge(s) | Attempt | Max | Jail Credit | Bond | Proposal B |
|---|---|---|---|---|---|---|
| 99166279FH | CRIMINAL ENTERPRISES - CONDUCTING | No | 20 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - ILLEGAL SALE/USE | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - ILLEGAL SALE/USE | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |
| 99166279FH | FTD - STEAL/RETAIN WITHOUT CONSENT | No | 4 | 51 DAYS | Yes | No |
| | Convicted by: PLEA Date of Conviction: 02/09/2000 Habitual: NO | | | | | |

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**FOR THE HONORABLE JUDGE RUDY J. NICHOLS**

## EVALUATION & PLAN

Before Your Honor to face sentencing is 27-year-old Jameal Thomas on a conviction for 1 count Conducting Criminal Enterprise, 7 counts FTD-Stealing/Retaining Without Consent and 2 counts of FTD-Illegal Sale/Use. The defendant is currently separated from his wife, Lisa Thomas and is the subject of two PPO orders protecting Ms. Thomas. The PPO's are in effect in Wayne County and Oakland County. The defendant admits paternity to 4 offsprings. He currently resides at 3318 Brentwood, Detroit, MI 48234. The defendant is the product of a single parent, stable environment with no reports of mental or physical abuse. He is the first born in a family with two offsprings. He reports that he is in good physical health and denies the use of prescription drugs. The defendant denies that he currently abuses alcohol or uses illegal drugs. The defendant denies past and present mental or emotional problems.

In the within offense, the defendant, who was involved in a fraud ring, accepted approximately 80 copied credit applications from the co-defendant. The defendant obtained credit in their names and purchased goods and services. This ring had been under investigation by the Federal Bureau of Investigation.

Positively, the defendant is a high school graduate, reports a lack of substance abuse, good physical and mental health and a consistent employment history.

Negatively, the defendant has a long arrest history beginning in 1987 when he was arrested as a juvenile for RCSP O/$100 and Manslaughter. The defendant then continued his run-ins with the law incurring no less than 13 arrests between 1992 and 1999 being arrested for possession of stolen vehicles, involvement in a chop shop, weapons offenses, and several assaultive crimes. Also negative, the defendant has committed this within offense while under probation supervision in Wayne County for two dockets; CCW in a Motor Vehicle and Domestic Violence. These two cases are current in warrant status. Then too, while the defendant was on bond for the within offense and still under probation supervision in Wayne County, the defendant, in 12/99, was arrested and bound over on two counts of CSC I, Felony Firearm and Kidnaping in Wayne County, the victim being his estranged wife. Also, the defendant's probation is being violated, for the third time, in Wayne County for these new charges and for violating the PPO.

There is restitution due in this case; however, due to the large number of victims, and the unresponsiveness of several victims, it is recommended that a Restitution Hearing be held.

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**EVALUATION AND PLAN: (Continued)**

The sentencing guidelines for the within convictions are as follows: The 1999 guidelines for Count I is 57 to 95 months and 1999 guidelines for Counts II through X are 0 to 17 months. The 1998 guidelines do not include Count I; however, the 1998 guidelines for Counts II through X are 18 to 32 months. The defendant is not eligible for P.A. 511 programming. Based on a preliminary screening, because the defendant has pending felony charges in Wayne County, the defendant does not qualify for the Prisoner Special Alternative Incarceration Program (S.A.I. Boot Camp).

The Michigan Department of Corrections respectfully recommends incarceration for the within ten counts. It is further recommended that the defendant be assessed a $60 Crime Victim's Rights Fund fee. The defendant has accumulated 51 days jail credit.

SW/kk
Date typed: April 3, 2000

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**AGENT'S DESCRIPTION OF THE OFFENSE:**

The co-defendant, Vivienne Kenetta Durant, began working for Standard Federal Bank in Troy, Michigan, in April, 1996. The co-defendant was approached by the defendant's sister who advised her that the defendant would purchase stolen credit applications from her. The co-defendant eventually agreed to it and copied approximately 80 applications and sold them to the defendant, Jameal Thomas. The defendant paid $50 per application. This activity occurred from approximately November, 1998 to April, 1999.

The defendant, Jameal Thomas, was involved in a fraud ring which was under investigation by the Federal Bureau of Investigation. This fraud ring then used the information the co-defendant provided to purchase expensive vehicles and obtain credit cards in these persons' names. The co-defendant had been compensated approximately $4,000 for her part in provided the credit information to the defendant, Thomas.

The co-defendant was interviewed regarding her involvement in these crimes and cooperated with the Oakland County Sheriff's Department and the FBI. A search warrant was executed on 4/6/99 at the defendant's residence. Credit information from the bank was located, as well as numerous televisions, computers, printers, VCR's, speakers, furniture and tapes which were all brand new. Most items still remained in their shipping containers. The search also revealed the defendant to have a Glock model 17, loaded with a round in the chamber. Also found were two additional clips which were loaded and a box of Smith and Wesson .40 caliber ammunition (50 rounds) and an additional 14 loose rounds.

**Co-defendant(s):**

Co-defendant Vivienne Kenetta Durant has been charged with Count I: Conducting Criminal Enterprise and Counts II through VII: Financial Transaction Device. She appeared in court for sentencing before Your Honor on 3/3/2000, 6th Circuit Court, Dkt. # 99-165949-FH. She was sentenced to 2 years probation, 334 days jail, Work Release, C/F/R.

**CONSECUTIVE SENTENCING:**

No statement regarding consecutive sentencing has been received from the prosecutor's office.

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**VICTIM'S IMPACT STATEMENT:**

Of the 80 applications that were copied by the defendant, 16 victims' information were identified by the Prosecutor's Office - Victim Services. This writer conferred with P.O. Osterhout who has already contacted the 16 victims. P.O. Osterhout sent a letter to each victim requesting restitution information, if applicable. All were asked to respond within two weeks of receipt of the letter. P.O. Osterhout spoke with FBI Special Agent O'Leary. He indicated that the 80 cardholders would not be out any money because they were compensated by Standard Federal. He did not care to offer a sentencing recommendation. P.O. Osterhout spoke with Hubert Mask, who was in charge of Corporate Securities Investigations at Standard Federal Bank, where the co-defendant was employed. Mr. Mask indicated that he went onto other employment in another state and that Norm Sonnenberg who assumed his position. Mr. Sonnenberg failed to respond to messages. In speaking with Mr. Mask, who was involved in the entire investigation, he revealed that he would estimate restitution to Standard Federal Bank to be approximately $68,000. He indicated that that was what the bank had paid out to the customers who were defrauded. He also indicated that during the investigation he through that American Express was out approximately three million dollars. There were other companies as well, but he did not know the amount of the fraud.

Since documentation requested but not received from Mr. Sonnenberg of Standard Federal has not been received, it is respectfully requested that a Restitution Hearing be held to determine the amount.

Count I indicates that the court may order court costs, costs of the investigation and/or cost of the prosecution. P.O. Osterhout spoke to Agent O'Leary of the FBI who indicated that the FBI is not requesting restitution for its investigation. P.O. Osterhout attempted to contact Detective Hubanks of the Oakland county Sheriff's Department, who was in charge of the investigation, and it was learned he had transferred to another location. P.O. Osterhout spoke with Mike King, who indicated that no one was familiar with the investigation and could provide no information pertaining to it. As a result, restitution is not being requested for the costs of the investigation.

**DEFENDANT'S VERSION OF THE OFFENSE:**

"I conspired with others to obtain financial transaction devices out of the city of Troy, to obtain goods, during the very end of 98 and first few months of 99." /s/ Jameal Thomas, 2/22/00

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**CRIMINAL JUSTICE:**

**Juvenile History:**

A telephone call was placed to Wayne County Juvenile Court Records, who indicated that the defendant did have a prior juvenile record. Oakland County Juvenile records indicate that the defendant has no Oakland County Juvenile records.

| | |
|---|---|
| **Offense Date:** | 1987 |
| **Arrest Date:** | 1987 |
| **Arresting Agency:** | Inkster PD |
| **Arresting Charge(s):** | RCSP O/$100/Manslaughter |
| **Court of Jurisdiction:** | Wayne County Juvenile Court |
| **Docket Number:** | 88-273546 |
| **Final Charge(s):** | RCSP O/$100/Manslaughter |
| **Conviction Date:** | 10/10/89 |
| **Sentence Date:** | 10/10/89 |
| **Sentence/Disposition:** | Commitment to the State-DSS |
| **Attorney Present:** | Yes |
| **Discharge Date:** | 10/19/90 |
| **Class/Group:** | N/A |

**Adult History:**

A Detroit Police Department record check was conducted. The defendant did have a file. The following criminal history was obtained via contacts through 6th Circuit Court records, the 36th District Court, Recorder's Court, and the 3rd. Circuit Court.

| | |
|---|---|
| **Offense Date:** | 4/20/96 |
| **Arrest Date:** | 4/20/96 |
| **Arresting Agency:** | Detroit PD |
| **Arresting Charge(s):** | Felony Assault W/Intent to Commit Murder |
| **Court of Jurisdiction:** | 36th District Court |
| **Docket Number:** | 96-060003 |
| **Final Charge(s):** | Dismissed 5/6/96 |
| **Conviction Date:** | Dismissed |
| **Sentence Date:** | Dismissed |

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**CRIMINAL JUSTICE - Adult History: (Continued)**

| | |
|---|---|
| **Sentence/Disposition:** | Dismissed |
| **Attorney Present:** | N/A |
| **Discharge Date:** | N/A |
| **Class/Group:** | N/A |

| | |
|---|---|
| **Offense Date:** | 10/16/97 |
| **Arrest Date:** | 9/15/98 |
| **Arresting Agency:** | Detroit PD |
| **Arresting Charge(s):** | RCSP O/$100 |
| **Court of Jurisdiction:** | * |
| **Docket Number:** | 98-11034-01 |
| **Final Charge(s):** | RCSP O/$100 |
| **Conviction Date:** | 9/17/98; plea bargain |
| **Sentence Date:** | 2/26/99 dismissed |
| **Sentence/Disposition:** | Restitution only |
| **Attorney Present:** | Yes |
| **Discharge Date:** | 2/26/99, dismissed |
| **Class/Group:** | N/A |

On 2/26/99, the defendant appeared before Judge Jones. As part of a plea bargain from Dkt. # 98-11049-01 that 98-11034-01 would be dismissed with the defendant paying restitution only on that case.

| | |
|---|---|
| **Offense Date:** | 3/5/98 |
| **Arrest Date:** | 3/5/98 |
| **Arresting Agency:** | Detroit PD |
| **Arresting Charge(s):** | Domestic Violence |
| **Court of Jurisdiction:** | Wayne County Circuit Court |
| **Docket Number:** | 98-5471-01 |
| **Final Charge(s):** | Domestic Violence |
| **Conviction Date:** | 1/20/99 |
| **Sentence Date:** | 2/11/99 |
| **Sentence/Disposition:** | 1 years probation |
| **Attorney Present:** | Yes |

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**CRIMINAL JUSTICE - Adult History: (Continued)**

| | |
|---|---|
| **Discharge Date:** | Pending–active probation |
| **Class/Group:** | N/A |

| | |
|---|---|
| **Offense Date:** | 9/15/98 |
| **Arrest Date:** | 9/15/98 |
| **Arresting Agency:** | Michigan State Police |
| **Arresting Charge(s):** | CCW/MV |
| **Court of Jurisdiction:** | 3rd. Wayne County Circuit Court |
| **Docket Number:** | 98-11049-01 |
| **Final Charge(s):** | CCW; found guilty |
| **Conviction Date:** | 10/18/99 |
| **Sentence Date:** | 11/9/99 |
| **Sentence/Disposition:** | 3 years probation |
| **Attorney Present:** | Yes |
| **Discharge Date:** | Pending |
| **Class/Group:** | Public Safety/E |

| | | |
|---|---|---|
| **Offense Date:** | 11/98 to 4/8/99 | |
| **Arrest Date:** | 4/13/99 | |
| **Arresting Agency:** | Oakland County Sheriff's Department | |
| **Arresting Charge(s):** | Count I: | Conducting Criminal Enterprise |
| | Count II: | FTD-Stealing/Retaining Without Consent |
| | Count III: | FTD-Stealing/Retaining Without Consent |
| | Count IV: | FTD-Stealing/Retaining Without Consent |
| | Count V: | FTD-Illegal Sale/Use |
| | Count VI: | FTD-Illegal Sale/Use |
| | Count VII: | FTD-Stealing/Retaining Without Consent |
| | Count VIII: | FTD-Stealing/Retaining Without Consent |
| | Count IX: | FTD-Stealing/Retaining Without Consent |
| | Count X: | FTD-Stealing/Retaining Without Consent |
| **Court of Jurisdiction:** | 6th Circuit Court–Oakland County | |
| **Docket Number:** | 99-166279-FH | |

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**CRIMINAL JUSTICE - Adult History: (Continued)**

| | | |
|---|---|---|
| **Final Charge(s):** | Count I: | Conducting Criminal Enterprise |
| | Count II: | FTD-Stealing/Retaining Without Consent |
| | Count III: | FTD-Stealing/Retaining Without Consent |
| | Count IV: | FTD-Stealing/Retaining Without Consent |
| | Count V: | FTD-Illegal Sale/Use |
| | Count VI: | FTD-Illegal Sale/Use |
| | Count VII: | FTD-Stealing/Retaining Without Consent |
| | Count VIII: | FTD-Stealing/Retaining Without Consent |
| | Count IX: | FTD-Stealing/Retaining Without Consent |
| | Count X: | FTD-Stealing/Retaining Without Consent |
| **Conviction Date:** | 2/9/2000 | |
| **Sentence Date:** | 4/3/2000 | |
| **Sentence/Disposition:** | Pending–Instant Offense | |
| **Attorney Present:** | Yes | |
| **Discharge Date:** | Not applicable | |
| **Class/Group:** | Count I: Public Safety/B; Counts II, III, IV, V, VI, VII, VIII, IX, and X: Property/H | |

| | |
|---|---|
| **Offense Date:** | 12/25/99 |
| **Arrest Date:** | 12/27/99 |
| **Arresting Agency:** | DPD |
| **Arresting Charge(s):** | CSC I, CSC I, Felony Firearms, Kidnaping |
| **Court of Jurisdiction:** | Recorder's Court |
| **Docket Number:** | Information not available |
| **Final Charge(s):** | Pending |
| **Conviction Date:** | Pending |
| **Sentence Date:** | Pending |
| **Sentence/Disposition:** | Pending |
| **Attorney Present:** | Yes |
| **Discharge Date:** | Pending |
| **Class/Group:** | N/A |

**Secretary of State Driving Record:**

N/A

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

## GANG INVOLVEMENT:

At the time of this investigation, there was no indication of gang involvement.

## FAMILY:

| | |
|---|---|
| Father: | Larry Howard, whereabouts unknown. |
| Mother: | Karen Thomas, age 46; 3316 Brentwood, Detroit, MI 48234; tx: 313-893-2776; medical secretary. |
| Sister: | Nicole Thomas, age 21, address same as above; executive secretary. |

The defendant feels that he has a positive relationship with his mother and sister. The defendant reports that he has no contact with his biological father. The defendant's mother, Karen Thomas, has verified the defendant's address. Ms. Thomas reports that she raised the defendant in a single-parent home. The defendant is the oldest.

## MARRIAGE:

| | |
|---|---|
| Wife: | Lisa Thomas, age 25, resides at 28855 Essex, Apt. 522, Southfield, MI 48034; nurse. |
| Son: | Eddie Wyatt, age 10, resides at address same as above; student. |
| Daughter: | Kameal Thomas, age 7, resides at address same as above; student. |
| Daughter: | Jayla Thomas, age 3, resides at address same as above. |
| Son: | Jaleal Thomas, age 2, resides at 6470 London, Detroit, MI. |

The defendant has been separated from his wife, Lisa Thomas, ever since June, 1998. The defendant states he has joint custody of the three oldest children. The defendant stated that the reason for the separation was that his wife, Lisa Thomas, felt that he and the ex-girlfriend, Shaunn Moore and he were again involved with each other.

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**EMPLOYMENT:**

The defendant is currently employed full-time with American Axle, & Mfg. Inc., 8435 Saint Aubin St., Detroit, MI 48212, tx: (313) 974-3172, earning $22 per hour. Employment was verified with personnel on 1-888-226-2210. His hire date was 2/6/95, and he is a current full-time employee.

**EDUCATION:**

**High School:** The defendant graduated from Pershing High School, 18875 Ryan Rd., Detroit, MI 48234, tx: (313) 866-7700. This information was verified via Detroit Public School records.

**College/Advanced Degrees:** None.

**Vocational/Other Training:** None.

**SUBSTANCE ABUSE AND TREATMENT:**

The defendant reported he used marijuana for the first time in 1998 at the age of 26. The defendant reports that he feels he is not addicted to marijuana. The defendant reported up to this time he had not received any substance abuse treatment. He states that he began using alcohol at age 22 and describes his current use pattern as none. He denies abuse of alcohol or ever attending AA groups.

**HEALTH:**

**Physical Health:** The defendant reports he has no physical health problems.

**Mental Health:** The defendant denies any mental health problems.

**FINANCES:**

**Income:** The defendant reports a monthly income of $2,600 from his employer, American Axle (verified by check stub).

**THOMAS, Jameal**
**99-166279-FH**
**MDOC # 309330**

**FINANCES: (Continued)**

**Assets:** The defendant reports a 1998 GMC van and a house as his only assets.

**Liabilities:** The defendant reports a $372.13 mortgage on his house which is located at 12820 Dryden, Detroit, MI 48205. This information was verified by the defendant's mortgage statement. The defendant reports a $475 lease payment on his 1998 GMC van, which could not be verified.

Michigan Department of Corrections 4835-3101
# BASIC INFORMATION REPORT
1/1999 CFJ-101

| Court Name (Last, First, Middle) | MDOC No. | Local Police Dept. No. | Local Computer No. |
|---|---|---|---|
| THOMAS, JAMEAL | 309330 | 538925 | N/A |

Alias/Maiden: NONE
Given Name: SAME

Place of Birth: MI
Citizenship: USA
Last Known Address & Telephone No.: 18803 GALLAGHER DETROIT, MI 48234 313-893-8714

State & DLN: MI T520 366 005 528
DOB: 07/04/1972
SSN: 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
SID No.: 1858202W
FBI No.: 96443DB2

| Race | Sex | Hair | Eyes |
|---|---|---|---|
| BLACK | M | BLACK | BROWN |

63000005622.00

| Height | Weight | Highest Grade Completed | Occupation | Health Ins. | Assets-$1,500 & Up | Monthly Income of $75 & Up |
|---|---|---|---|---|---|---|
| 6'00" | 250 | 12 | FURNACE OPERATOR | Yes | Yes | Yes |

| Marital Status | Dependents | Religion | Military Branch | Military Dates | Discharge Type |
|---|---|---|---|---|---|
| SEPARATED | 2 | PROTESTANT | NONE | N/A | N/A |

| Marks, Scars, Amputations, Tattoos | Drug Abuse | Alcohol Abuse | Known Homosexual | Mental Health Treatment |
|---|---|---|---|---|
| NONE | Yes | No | No | No |

## CRIMINAL HISTORY

| Juvenile | | | Adult | | | |
|---|---|---|---|---|---|---|
| Comm. | Prob. | Esc. | Jail | Pris. | Prob. | Esc. |
| 1 | 0 | 0 | 0 | 0 | 2 | 0 |

Age of First Arrest: 15
CSC Convictions: 0
SAI Eligible: No
Pending Charges in Court: Yes
No. of Prior Felony Convictions: 1

Status at Time of Offense:
- None
- HYTA
- X Probation
- District Probation
- Delayed Sentence
- Parole
- Jail
- State Prison
- On Bond

Type of Report: PSI
County: OAKLAND
Agent & Caseload No.: WILSON, SHEILA - 324
DOC Recommended Disposition: 4
Probation Violation New Sentence: No
Probation Violation Technical: No

## CURRENT OFFENSE

NO. 1 OF 10 Docket No. 99166279FH Last Name THOMAS

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| 75015911 | CRIMINAL ENTERPRISES - CONDUCTING | 20 | NO | No | No |

Victim/Relationship: OVER 80 VICTIMS/NONE
Codefendant(s): VIVIEN DURRANT

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| 6TH | RUDY J. NICHOLS | LEONE | RETAINED |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| PLEA | 04/01/1999 | 04/05/1999 | 05/20/1999 | 02/09/2000 | 51 DAYS | No |

## DISPOSITION

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | 04/07/2000 | 63-99-028516-02 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |

Sentencing Guidelines

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 57 High 95 | | | 47 | 30 |

Comments:

04/03/2000 43

Michigan Department of Corrections 4835-6101

**BASIC INFORMATION REPORT**

1/1999 CFJ-101

NO. 2 OF 10 Docket No. 99166279FH Last Name THOMAS

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| 750157N1 | FTD - STEAL/RETAIN WITHOUT CONSENT | 4 | NO | No | No |

| Victim/Relationship | Codefendant(s) |
|---|---|
| OVER 80 VICTIMS/NONE | VIVIEN DURRANT |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| 6TH | RUDY J. NICHOLS | LEONE | RETAINED |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| PLEA | 04/01/1999 | 04/05/1999 | 05/20/1999 | 02/09/2000 | 51 DAYS | No |

**DISPOSITION**

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | 04/07/2000 | 63-99-028516-02 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 0 High 17 | | | 47 | 30 |

Comments:

04/03/2000

NO. 3 OF 10 Docket No. 99166279FH Last Name THOMAS

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| 750157N1 | FTD - STEAL/RETAIN WITHOUT CONSENT | 4 | NO | No | No |

| Victim/Relationship | Codefendant(s) |
|---|---|
| OVER 80 VICTIMS/NONE | VIVIEN DURRANT |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| 6TH | RUDY J. NICHOLS | LEONE | RETAINED |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| PLEA | 04/01/1999 | 04/05/1999 | 05/20/1999 | 02/09/2000 | 51 DAYS | No |

**DISPOSITION**

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | 04/07/2000 | 63-99-028516-02 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 0 High 17 | | | 47 | 30 |

Comments:

04/03/2000

Michigan Department of Corrections 4835-6101

**BASIC INFORMATION REPORT** 1/1999 CFJ-101

NO. 4 OF 10 Docket No. **99166279FH** Last Name **THOMAS**

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| **750157N1** | **FTD - STEAL/RETAIN WITHOUT CONSENT** | **4** | **NO** | **No** | **No** |

| Victim/Relationship | Codefendant(s) |
|---|---|
| **OVER 80 VICTIMS/NONE** | **VIVIEN DURRANT** |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| **6TH** | **RUDY J. NICHOLS** | **LEONE** | **RETAINED** |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| **PLEA** | **04/01/1999** | **04/05/1999** | **05/20/1999** | **02/09/2000** | **51 DAYS** | **No** |

**DISPOSITION**

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | **04/07/2000** | **63-99-028516-02** | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| **Low 0** **High 17** | | | **47** | **30** |

Comments:

04/03/2000

NO. 5 OF 10 Docket No. **99166279FH** Last Name **THOMAS**

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| **750157Q** | **FTD - ILLEGAL SALE/USE** | **4** | **NO** | **No** | **No** |

| Victim/Relationship | Codefendant(s) |
|---|---|
| **OVER 80 VICTIMS/NONE** | **VIVIEN DURRANT** |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| **6TH** | **RUDY J. NICHOLS** | **LEONE** | **RETAINED** |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| **PLEA** | **04/01/1999** | **04/05/1999** | **05/20/1999** | **02/09/2000** | **51 DAYS** | **No** |

**DISPOSITION**

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | **04/07/2000** | **63-99-028516-02** | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| **Low 0** **High 17** | | | **47** | **30** |

Comments:

04/03/2000

Michigan Department of Corrections 4835-6101

# BASIC INFORMATION REPORT

1/1999 CFJ-101

NO. 6 OF 10 Docket No. 99166279FH Last Name THOMAS

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| 750157Q | FTD - ILLEGAL SALE/USE | 4 | NO | No | No |

| Victim/Relationship | Codefendant(s) |
|---|---|
| OVER 80 VICTIMS/NONE | VIVIEN DURRANT |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| 6TH | RUDY J. NICHOLS | LEONE | RETAINED |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| PLEA | 04/01/1999 | 04/05/1999 | 05/20/1999 | 02/09/2000 | 51 DAYS | No |

## DISPOSITION

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | 04/07/2000 | 63-99-028516-02 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

Sentencing Guidelines

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 0 High 17 | | | 47 | 30 |

Comments:

04/03/2000

NO. 7 OF 10 Docket No. 99166279FH Last Name THOMAS

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| 750157N1 | FTD - STEAL/RETAIN WITHOUT CONSENT | 4 | NO | No | No |

| Victim/Relationship | Codefendant(s) |
|---|---|
| OVER 80 VICTIMS/NONE | VIVIEN DURRANT |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| 6TH | RUDY J. NICHOLS | LEONE | RETAINED |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| PLEA | 04/01/1999 | 04/05/1999 | 05/20/1999 | 02/09/2000 | 51 DAYS | No |

## DISPOSITION

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | 04/07/2000 | 63-99-028516-02 | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

Sentencing Guidelines

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 0 High 17 | | | 47 | 30 |

Comments:

04/03/2000

Michigan Department of Corrections [illegible]101

**BASIC INFORMATION REPORT** 1/1999 CFJ-101

NO. 8 OF 10 Docket No. **99166279FH** Last Name **THOMAS**

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| **750157N1** | **FTD - STEAL/RETAIN WITHOUT CONSENT** | **4** | **NO** | **No** | **No** |

| Victim/Relationship | Codefendant(s) |
|---|---|
| **OVER 80 VICTIMS/NONE** | **VIVIEN DURRANT** |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| **6TH** | **RUDY J. NICHOLS** | **LEONE** | **RETAINED** |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| **PLEA** | **04/01/1999** | **04/05/1999** | **05/20/1999** | **02/09/2000** | **51 DAYS** | **No** |

**DISPOSITION**

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | **04/07/2000** | **63-99-028516-02** | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 0 High 17 | | | 47 | 30 |

Comments:

04/03/2000

NO. 9 OF 10 Docket No. **99166279FH** Last Name **THOMAS**

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| **750157N1** | **FTD - STEAL/RETAIN WITHOUT CONSENT** | **4** | **NO** | **No** | **No** |

| Victim/Relationship | Codefendant(s) |
|---|---|
| **OVER 80 VICTIMS/NONE** | **VIVIEN DURRANT** |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| **6TH** | **RUDY J. NICHOLS** | **LEONE** | **RETAINED** |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| **PLEA** | **04/01/1999** | **04/05/1999** | **05/20/1999** | **02/09/2000** | **51 DAYS** | **No** |

**DISPOSITION**

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | **04/07/2000** | **63-99-028516-02** | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|
| Low 0 High 17 | | | 47 | 30 |

Comments:

04/03/2000

Michigan Department of Corrections 4835-3101
**BASIC INFORMATION REPORT** 1/1999 CFJ-101

NO. 10 OF 10 Docket No. **99166279FH** Last Name **THOMAS**

| PACC Code | Offense | Max | Habitual | Attempt | Consecutive Sentence |
|---|---|---|---|---|---|
| **750157N1** | **FTD - STEAL/RETAIN WITHOUT CONSENT** | **4** | **NO** | **No** | **No** |

| Victim/Relationship | Codefendant(s) |
|---|---|
| **OVER 80 VICTIMS/NONE** | **VIVIEN DURRANT** |

| Circuit | Judge | Attorney | Retained/Appointed |
|---|---|---|---|
| **6TH** | **RUDY J. NICHOLS** | **LEONE** | **RETAINED** |

| Method of Conviction | Date of Offense | Date of Arrest | Date of Bond | Date of Conviction | Jail Credit | Guilty But Mentally Ill |
|---|---|---|---|---|---|---|
| **PLEA** | **04/01/1999** | **04/05/1999** | **05/20/1999** | **02/09/2000** | **51 DAYS** | **No** |

## DISPOSITION

| Sentence Type | Sentence Date | CTN | Fine | Cost | Restitution |
|---|---|---|---|---|---|
| | **04/07/2000** | **63-99-028516-02** | | | |

| MINIMUM | | | MAXIMUM | | | LIFE? | JAIL | | Supervision Fees | Crime Victims Assessment |
|---|---|---|---|---|---|---|---|---|---|---|
| Years | Months | Days | Years | Months | Days | | Months | Days | | |
| | | | | | | | | | | |

**Sentencing Guidelines**

| RANGE | | LIFE | NA | Prior Record Total | Offense Variable Total |
|---|---|---|---|---|---|
| Low 0 | High 17 | | | 47 | 30 |

Comments:

04/03/2000

St Louis

*** AMENDED 04/20/2001 *****

| | | |
|---|---|---|
| STATE OF MICHIGAN | JUDGMENT OF SENTENCE | CASE NO. |
| 6TH JUDICIAL CIRCUIT | COMMITMENT TO | |
| OAKLAND COUNTY | CORRECTIONS DEPARTMENT | 1999-166279-FH |

ORI: MI-630015J COURT ADDRESS: 1200 N. TELEGRAPH RD. PONTIAC, MI 48341

THE PEOPLE OF THE STATE OF MICHIGAN V THOMAS,JAMEAL,,
3318 BRENTWOOD
DETROIT MI 48234

309330

| CTN | SID | DOB |
|---|---|---|
| 63-99-028516-02 | 1858202W | 07/04/72 |

| PROSECUTING ATTORNEY NAME | BAR NO | DEFENDANT ATTORNEY NAME | BAR NO |
|---|---|---|---|
| GORCYCA, DAVID G. | P41352 | ANDREW ,LEONE, | P45513 |

THE COURT FINDS:

THE DEFENDANT PLEAD / FOUND GUILTY ON 02/09/2000 OF THE CRIME(S) STATED BELOW:

| CNT | CONVICTED BY PLEA | COURT | JURY | CRIME | CHARGE CODE(S) MCL CITATION/PACC CODE |
|---|---|---|---|---|---|
| 001 | G | | | CRIMINAL ENTERPRISE - CONDUCT | 750.159I1 |
| 002 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 003 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 004 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 005 | G | | | FIN TRANS DEVICE-IL SALE/USE | 750.157Q |
| 006 | G | | | FIN TRANS DEVICE-IL SALE/USE | 750.157Q |
| 007 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 008 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 009 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 010 | G | | | FIN TRANS DEVICE | 750.157N1 |

IT IS ORDERED:

DEFENDANT IS SENTENCED TO THE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS. THIS SENTENCE SHALL BE EXECUTED IMMEDIATELY.

| CNT | SENTENCE DATE | MINIMUM YRS | MOS | DAYS | MAXIMUM YRS | MOS | SENTENCE BEGINS | JAIL CR MOS | DAYS | OTHER INFO |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 04/20/2001 | 5 | | | 20 | | 04/20/2001 | | 422 | |
| 002 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 003 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 004 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 005 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 006 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 007 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 008 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 009 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |
| 010 | 04/20/2001 | 1 | | | 4 | | 04/20/2001 | | 422 | |

DEFENDANT SHALL PAY A $60.00 ASSESSMENT FOR THE CRIME VICTIM RIGHTS FUND.

FINES, COSTS, AND FEES NOT PAID WITHIN 56 DAYS OF THE DATE OWED ARE SUBJECT TO A 20% LATE PENALTY ON THE AMOUNT OWED.

OTHER: RESTITUTION HEARING RECOMMENDED.

(CONTINUED ON PAGE 002)

St Louis

***** AMENDED 04/20/2001 *****

STATE OF MICHIGAN | JUDGMENT OF SENTENCE | CASE NO.
6TH JUDICIAL CIRCUIT | COMMITMENT TO |
OAKLAND COUNTY | CORRECTIONS DEPARTMENT | 1999-166279-FH

ORI: MI-630015J COURT ADDRESS: 1200 N. TELEGRAPH RD. PONTIAC, MI 48341

THE PEOPLE OF V THOMAS,JAMEAL,,
THE STATE OF MICHIGAN 3318 BRENTWOOD
DETROIT MI 48234
CTN SID DOB
63-99-028516-02 1858202W 07/04/72

309330

PROSECUTING ATTORNEY NAME / BAR NO | DEFENDANT ATTORNEY NAME / BAR NO
GORCYCA, DAVID G. P41352 | ANDREW ,LEONE, P45513

(CONTINUED FROM PAGE 001)

AMENDMENT - RESENTENCING COUNT 1 FROM 13-20YRS TO 5-20YRS

RUDY J. NICHOLS

DATE: 04/20/2001

JUDGE RUDY J. NICHOLS P24106

UNDER MCL 769.16A THE COURT CLERK SHALL SEND A COPY OF THIS ORDER TO THE MICH STATE POLICE CENTRAL RECORDS DIV TO CREATE A CRIMINAL HISTORY RECORD.

I CERTIFY THAT THIS IS A CORRECT AND COMPLETE ABSTRACT FROM THE ORIGINAL COURT RECORDS. THE SHERIFF SHALL, WITHOUT NEEDLESS DELAY, DELIVER DEFENDANT TO THE MICH DEPT OF CORRECTIONS AT A PLACE DESIGNATED BY THE DEPARTMENT.

(SEAL)

DEPUTY COURT CLERK

CC 219B JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT
OAKLAND COUNTY SHERIFF'S DEPT.



JAIL/CORRECTIONS

STATE OF MICHIGAN | JUDGMENT OF SENTENCE | CASE NO.
6TH JUDICIAL CIRCUIT | COMMITMENT TO |
OAKLAND COUNTY | CORRECTIONS DEPARTMENT | 1999-166279-FH

ORI: MI-630015J COURT ADDRESS: 1200 N. TELEGRAPH RD. PONTIAC, MI 48341

A 309330

THE PEOPLE OF THE STATE OF MICHIGAN V THOMAS, JAMEAL,,
3318 BRENTWOOD
DETROIT MI 48234
CTN 63-99-028516-02 SID 1858202W DOB 07/04/72

PROSECUTING ATTORNEY NAME / BAR NO: GORCYCA, DAVID G. P41352
DEFENDANT ATTORNEY NAME / BAR NO: ANDREW, LEONE, P45513

THE COURT FINDS:

THE DEFENDANT PLEAD / FOUND GUILTY ON 02/09/2000 OF THE CRIME(S) STATED BELOW:

| CNT | CONVICTED BY PLEA | COURT | JURY | CRIME | CHARGE CODE(S) MCL CITATION/PACC CODE |
|---|---|---|---|---|---|
| 001 | G | | | CRIMINAL ENTERPRISE - CONDUCT | 750.159I1 |
| 002 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 003 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 004 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 005 | G | | | FIN TRANS DEVICE-IL SALE/USE | 750.157Q |
| 006 | G | | | FIN TRANS DEVICE-IL SALE/USE | 750.157Q |
| 007 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 008 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 009 | G | | | FIN TRANS DEVICE | 750.157N1 |
| 010 | G | | | FIN TRANS DEVICE | 750.157N1 |

See Resentence 4/20/01

IT IS ORDERED:

DEFENDANT IS SENTENCED TO THE CUSTODY OF THE MICHIGAN DEPARTMENT OF CORRECTIONS. THIS SENTENCE SHALL BE EXECUTED IMMEDIATELY.

| CNT | SENTENCE DATE | MINIMUM YRS | MINIMUM MOS | MINIMUM DAYS | MAXIMUM YRS | MAXIMUM MOS | SENTENCE BEGINS | JAIL CR MOS | JAIL CR DAYS | OTHER INFO |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 04/14/2000 | 13 | | | 20 | | 04/14/2000 | | 51 | |
| 002 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 003 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 004 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 005 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 006 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 007 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 008 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 009 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |
| 010 | 04/14/2000 | 1 | | | 4 | | 04/14/2000 | | 51 | |

DEFENDANT SHALL PAY A $60.00 ASSESSMENT FOR THE CRIME VICTIM RIGHTS FUND.

FINES, COSTS, AND FEES NOT PAID WITHIN 56 DAYS OF THE DATE OWED ARE SUBJECT TO A 20% LATE PENALTY ON THE AMOUNT OWED.

OTHER: RESTITUTION HEARING RECOMMENDED. ORDER FORFEITURE OF THE PROPERTY SEIZED, AS DESCRIBED IN THE INFORMATION.

(CONTINUED ON PAGE 002)



JAIL / CORRECTION (FOR RETURN)

| | | |
|---|---|---|
| STATE OF MICHIGAN<br>6TH JUDICIAL CIRCUIT<br>OAKLAND COUNTY | JUDGMENT OF SENTENCE<br>COMMITMENT TO<br>CORRECTIONS DEPARTMENT | CASE NO.<br><br>1999-166279-FH |

ORI: MI-630015J COURT ADDRESS: 1200 N. TELEGRAPH RD. PONTIAC, MI 48341

| | | |
|---|---|---|
| THE PEOPLE OF<br>THE STATE OF MICHIGAN | V | THOMAS,JAMEAL,,<br>3318 BRENTWOOD<br>DETROIT MI 48234<br>CTN SID DOB<br>63-99-028516-02 1858202W 07/04/72 |

| PROSECUTING ATTORNEY NAME / BAR NO | DEFENDANT ATTORNEY NAME / BAR NO |
|---|---|
| GORCYCA, DAVID G. P41352 | ANDREW ,LEONE, P45513 |

(CONTINUED FROM PAGE 001)

GUIDELINE DEPARTURE: THE FINANCIAL LOSS GROSSLY EXCEEDS THE THRESHOLD OF O.V. 16 IN THE 1999 MICHIGAN SENTENCE GUIDELINES

RUDY J. NICHOLS

DATE: 04/14/2000

JUDGE RUDY J. NICHOLS P24106

UNDER MCL 769.16A THE COURT CLERK SHALL SEND A COPY OF THIS ORDER TO THE MICH STATE POLICE CENTRAL RECORDS DIV TO CREATE A CRIMINAL HISTORY RECORD.

I CERTIFY THAT THIS IS A CORRECT AND COMPLETE ABSTRACT FROM THE ORIGINAL COURT RECORDS. THE SHERIFF SHALL, WITHOUT NEEDLESS DELAY, DELIVER DEFENDANT TO THE MICH DEPT OF CORRECTIONS AT A PLACE DESIGNATED BY THE DEPARTMENT.

(SEAL)

DEPUTY COURT CLERK

CC 219B JUDGMENT OF SENTENCE, COMMITMENT TO CORRECTIONS DEPARTMENT
OAKLAND COUNTY SHERIFF'S DEPT.

52

JAIL / CORRECTION (FOR RETURN)