3

# United States District Court
## Eastern District of Michigan
## Southern Division

Jameal Thomas
Plaintiff,

v.

John S. Rubitschun, et al
Defedants,

Case No: 2:07-cv-13396
Hon. Patrick J. Duggan
Mag. Steven D. Pepe

FILED
JUN - 1 2009
CLERK'S OFFICE
DETROIT

## Notice of Plaintiff's Change of Address.

Notice is here by given, that Plaintiff's address has changed.

Plaintiff's new address is:

Jameal Thomas #309330
Marquette Branch Prison
1960 U.S. 41 South
Marquette, MI. 49855

Respectfully Submitted:

Jameal Thomas

Jameal Thomas #309330
Marquette Branch Prison
1960 U.S. 41 South
Marquette, MI. 49855

Dated:
May 26, 2009

# CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, he served a copy of the following papers:

1.) Notice of Plaintiff's change of address.

2.) Certificate of Service

upon:

Kevin Himebaugh
Assistant Attorney General
Correction Division
P.O. Box 30217
Lansing, MI. 48909

# Declaration in Lieu of Noterazation

I declare under the penalty of perjury, that the foregoing is true to the best of my information, knowledge, and belief.

Jameal Thomas

Jameal Thomas #309330
Plaintiff, Pro Se
Marquette Branch Prison
1960 U.S. 41 South
Marquette, MI. 49855

Dated:
May 26, 2009